CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 15 2006

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

NAPOLEON JWAN FREEMAN, )
    Petitioner, )    Civil Action No. 7:06CV00653
)
v. )    **FINAL ORDER**
)
GENE M. JOHNSON, )    By: Hon. Glen E. Conrad
    Respondent. )    United States District Judge

In accordance with the memorandum opinion entered this day, it is now

**ORDERED**

that the above referenced petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2254, shall be and hereby is **DISMISSED** without prejudice and **STRICKEN** from the active docket of the court.

The Clerk is directed to send a certified copy of this order and the accompanying memorandum opinion to the petitioner and counsel of record for the respondent.

**ENTER**: This 14th day of November, 2006.

    /s/ Glen E. Conrad
    United States District Judge